**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Marcelo Ortega Namina<br><br>Petitioner,<br><br>v.<br><br>David WESLING, *et al.,*<br><br>Respondents. | ) | Case No. 1:26-cv-13948-BEM<br><br>**AFFIDAVIT OF COUNSEL REGARDING EFFORTS TO ASCERTAIN LOCATION OF DETAINEE** |

I, Carin J. Cornish, Esq., depose and state as follows under the penalties of perjury:

1. **Bar Membership:** I am an attorney at law duly licensed to practice in the Commonwealth of Massachusetts and admitted to practice before the United States District Court for the District of Massachusetts. I represent the Petitioner, Marcelo Ortega Namina, in this matter.

2. **Purpose:** I submit this affidavit in support of the accompanying Petition for a Writ of Habeas Corpus to document my exhaustive, good-faith efforts to ascertain the precise physical location and current legal custodian of the Petitioner.

3. **Arrest Chronology:** On August 26, 2026, at approximately 6:00 a.m., Petitioner was taken into custody by Immigration and Customs Enforcement (ICE) agents at or near Framingham, Massachusetts. Later on August 26, 2026, Petitioner made a call to a family member and informed the family member that he was at the ICE Boston Field Office in Burlington, MA.

4. **Initial Locator Search:** On August 27, 2026, at 10:00 a.m., I accessed the official ICE Online Detainee Locator System utilizing Petitioner's exact spelling of their first name, last name, country of birth (Ecuador). The system returned a result stating "No detainee found matching the search criteria." Petitioner did not have an Alien Registration Number at this time.

5. On August 28, 2026, the day following the filing of the Writ of the Habeas Corpus, the family member had obtained Petitioner's Alien Registration number, and I accessed the official ICE Online Detainee Locator System utilizing Petitioner's Alien Registration number and country of birth (Ecuador). The system returned a result stating detention at Strafford Co. Correction facility.

6. **Direct Detention Facility Outreach:** To confirm transfer of physical presence outside of this judicial district, I placed a direct phone inquiry to the Strafford Correctional Facility. I was told by an employee at the facility that Petitioner was being detained in that facility and confirmed that he arrived at 8:27 p.m. on August 27, 2026.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.**

**Executed on this 31st day of August 2026, at Framingham, Massachusetts.**

*/s/ Carin J. Cornish*
Carin J. Cornish (BBO # 644347)
1106 Edgell Rd.
Framingham, MA 01701
(617) 416-4220
cjcornish00@gmail.com

**CERTIFCATE OF SERVICE**

I, Carin Cornish, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

*/s/ Carin J. Cornish*
Carin J. Cornish (BBO # 644347)
1106 Edgell Rd.
Framingham, MA 01701
(617) 416-4220
cjcornish00@gmail.com

*Counsel for Petitioner*

Dated: August 31, 2026