**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

MARCELO ORTEGA NAMINA
v. Civil No. 26-cv-711-JL-AJ

DAVID WESLING, FIELD OFFICE
DIRECTOR, ET AL[1].

# O R D E R

Petitioner, a civil immigration detainee from Ecuador, filed this Petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) in the United States District Court for the District of Massachusetts, challenging Petitioner's detention in United States Immigration and Customs Enforcement ("ICE") custody. In light of Petitioner's detention at the Strafford County Department of Corrections ("SCDC"), the District Court for the District of Massachusetts transferred the Petition to this court. See Doc. Nos. 13, 14. The Petition (Doc. No. 1) is before this court to determine whether the claims asserted are not facially invalid and may proceed. See 28 U.S.C. § 2243; Rules 1(b) & 4 of the Rules Governing Section 2254 Cases; LR 4.3(d)(4).

Petitioner came to the United States in 2004. Petitioner is employed and supports his family, which consists of his four adult children and two grandchildren who are U.S. citizens. ICE agents arrested Petitioner in Massachusetts on August 26, 2026. He remains in ICE custody at this time.

Petitioner claims that his continuing detention without a bond hearing violates his Fifth Amendment right to due process, as well as his rights under the Immigration and Naturalization Act. Petitioner seeks immediate release, a constitutionally-adequate bond hearing, as well as an

---

[1] Petitioner's immediate custodian is the Superintendent of the Strafford County Department of Corrections ("SCDC"). See Doc. No. 13. The clerk's office is directed to update the docket to add the SCDC Superintendent in his official capacity as a Respondent.

order directing that his release occur in the following manner: in Massachusetts, during normal business hours, in a well-populated area that is within a quarter mile of public transportation and not more than 30 miles from Petitioner's residence, with all of the documents and personal property Petitioner possessed at the time of his arrest, without additional conditions imposed on him, with appropriate attire to the weather conditions, and after having given notice to Petitioner's counsel at least 6 hours prior to Petitioner's release.

Petitioner's claims call for service and a response. The clerk's office shall:

- Provide an electronic copy of this Order, the Petition (Doc. No. 1), and the Notice & Stay Order (Doc. No. 17), to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire as soon as is practicable;

- Deliver a copy of the same documents to the Office of the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Serve the SCDC Superintendent by sending the same documents, by email, to Strafford County Attorney Emily Garod at: egarod@straffordcounty.gov, and copy that email to Meghan Raiche at mraiche@straffordcounty.gov, and the SCDC Superintendent at cbrackett@straffordcounty.gov.

- Send copies of the same documents by certified mail to:

  - **Director, Boston Field Office, U.S. Immigration and Customs Enforcement**, 1000 District Ave., Burlington, MA 01803; and

  - **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.[2]

The Federal Respondents are directed to file an answer or dispositive motion in response to the Petition (Doc. No. 1) within seven days of the date of this Order. If any Respondent files a dispositive motion in lieu of an answer, that Respondent's deadline for filing an answer is extended until fourteen days after the court rules on the dispositive motion. No more than

[2] The court declines to order service as to any other Federal Respondent at this time.

fourteen days after the answer is filed, Respondents shall file either a motion for summary judgment, or a statement representing that an evidentiary hearing is necessary.

The SCDC Superintendent must file an appearance in this matter within fourteen days of service upon him. The SCDC Superintendent is not required to file an answer or other response to the Petition until further court order.

Any party may request a status conference at any time, including before service on Respondents is complete.

The Notice & Stay Order (Doc. No. 17) remains in effect.

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

September 2, 2026

cc: Counsel of Record